**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CRIMINAL ACTION NO.** |
| | ) | **4:26-cr-00107-RSB-CLR-9** |
| **ALFREDO GOMEZ,** | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION FOR LEAVE OF ABSENCE**

Before the Court is counsel Jack M. Downie Sr.'s Motion for Leave of Absence. For good cause shown, the Motion is GRANTED. Counsel is granted leave of absence from appearances in this matter on the following dates:

1. October 16, 2026;
2. October 23, 2026; and
3. November 9 through November 20, 2026, inclusive.

SO ORDERED, this 22nd day of September, 2026.

**CHRISTOPHER L. RAY**
**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**